47 A.3d 1173

COMMONWEALTH of Pennsylvania, Respondent

v.

Gordon Charles WILLIAMS, Petitioner.

No. 601 MAL 2011.

Supreme Court of Pennsylvania.

June 13, 2012.

## ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2012, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Whether a Defendant has a right to present informed expert testimony to rebut the Commonwealth's evidence in support of its motion pursuant to 42 Pa.C.S.A. § 5985 to allow a child witness to testify in a room separate from courtroom proceedings?